# IN THE SUPREME COURT OF THE STATE OF NEVADA

OSCAR VALLADARES-VENCES,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JENNIFER P. TOGLIATTI, DISTRICT
JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 77270

FILED

DEC 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying a motion to suppress a statement to police pursuant to *Jackson v. Denno*, 378 U.S. 368 (1964).[1] Having considered the petition and supporting documents, we conclude that our intervention is not warranted as petitioner has an adequate remedy by way of an appeal should he be convicted. *See* NRS 34.170; *Williams v. Eighth Judicial Dist. Court*, 127 Nev. 518, 525, 262 P.3d 360, 365 (2011) (recognizing that writ relief is generally inappropriate to address "evidentiary rulings, as those rulings are

---

[1]In the alternative, petitioner seeks a writ of prohibition. Because ruling on a motion to suppress is not outside of a district court's jurisdiction, such a writ is not available. NRS 34.320.

18-908128

discretionary and there typically is an adequate remedy in the form of an appeal following an adverse final judgment."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty


cc:    Hon. Jennifer P. Togliatti, District Judge
        Clark County Public Defender
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk